Lawrence
v.
Dickenson.

**LAWRENCE** *against* **DICKENSON.**

Suit is removed from common pleas by habeas corpus, and the plaintiff neglects to declare within two terms, and the defendant afterwards refuses to receive a declaration; then the plaintiff brings a second action here for the same cause. The court will not stay proceedings in the last suit till the costs of the first are paid. Where the defendant removes a cause by habeas corpus and the plaintiff does not follow him by declaring in this court, he is not bound to pay costs.

H. B. DAVIS, for the defendant, moved to stay proceedings until the costs of a former suit, for the same cause, were paid. The former suit was between the same parties, and commenced in the Court of Common Pleas, and removed by the defendant into this Court. Two terms having elapsed after he had put in special bail, the plaintiff then proceeded to declare, but the defendant's attorney refused to receive a declaration.

*D. Russell*, contra, could not conceive upon what ground the defendant expected to succeed in his application. Wherever proceedings are stayed till the costs of another suit are paid, the defendant should, at least, be entitled to receive, and the plaintiff bound to pay them. Here is nothing like vexation in the conduct of the plaintiff. He offered to proceed in the first suit, but the defendant prevented him by taking a ground strictly technical, and is no more entitled to receive the costs of the first suit either in law or justice, than if they had been already paid to him.

*Davis* admitted that the plaintiff would not have been liable to pay the costs; that is to say, the defendant could not have had execution. But having brought a second suit for the same cause, for this vexation, the Court will exercise their power of staying proceedings till the costs are paid. The defendant has no other remedy.

*Curia.* Here is nothing like vexation. The plaintiff offered to proceed with his first suit, but you prevented him by refusing to receive a declaration.

Motion denied, with costs.